In my opinion, this case is controlled by Barclay v.Florida, 463 U.S. 939, 103 S.Ct. 3418, 77 L.Ed.2d 1134
(1983); Baldwin v. State, 456 So.2d 117
(Ala.Crim.App. 1983), *Page 746 aff'd, 456 So.2d 129 (Ala. 1984), aff'd,472 U.S. 372, 105 S.Ct. 2727, 86 L.Ed.2d 300 (1985); andKennedy v. State, 455 So.2d 351 (Fla. 1984), cert.denied, 469 U.S. 1197, 105 S.Ct. 981, 83 L.Ed.2d 983
(1985).
MADDOX, HOUSTON and STEAGALL, JJ., concur.